■ In the Matter of COLLEGES OF THE SENECA, Appellant, v CITY OF GENEVA et al., Respondents. [691 NYS2d 855] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Harvey, J. (Appeal from Judgment of Supreme Court, Ontario County, Harvey, J.—CPLR art 78.) Present—Lawton, J. P., Wisner, Hurlbutt, Callahan and Balio, JJ.